FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

**FORM A**

11 AUG 30 PM 2: 03

CIVIL RIGHTS COMPLAINT TO BE USED BY PRO SE PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

(Full name of plaintiff('s) in this action.
RONALD BENJAMIN MILLER
V.
BRAD BOYD, JAILER
DEPUTY JAILER HANSLEY
CAPT. DAVEY BYRD
DEPUTY JAILOR MYERS
CH. DEPUTY JAILR STEVE HOWARD
_____
(Full name of Defendant('s) in this action.)

CIVIL ACTION NO. 3:11CV-483-H
(To be supplied by clerk)

(X) DEMAND FOR JURY TRIAL
(_) NO JURY TRIAL DEMAND
(Check only one)

**I   PARTIES**

(A) **Plaintiff(s).** place the full name of the Plaintiff in the first blank below, his/her place of confinement, address and status. Repeat this procedure for each additional plaintiff named, if any.

(1) Name of Plaintiff: RONALD BENJAMIN MILLER

Place of Confinement: KY. STATE REFORMATORY

Address: 3001 W. HIWAY 146 LAGRANGE, KY. 40032

Status of Plaintiff: CONVICTED (X)  PRETRIAL DETAINEE (___)

(2) Name of Plaintiff: _____

Place of Confinement: _____DOES NOT APPLY_____

Address: _____

Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE ( )

(B) **Defendants(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Brad Boyd   Defendant is employed

As Jailer   at Christian County Detention Center

The Defendant is being sued in his/her (X) individual and or (X) official capacity.

(2) Defendant ? Hansley is employed

As Dep. Jailer at Christian County Jail

The Defendant is being sued in his/her (X) individual and or (X) official capacity.

(3) Defendant Davey Bond is employed

As Capt at Christian County Jail

. The Defendant is being sued in his/her (X) individual and or (X) official capacity.

(4) Defendant ? Myers is employed

As Deputy Jailer at Christian County Jail

. The Defendant is being sued in his/her (X) individual and or (X) official capacity.

(5) Defendant Steve Howard is employed as Deputy Jailer at Christian County Jail and is being sued in his individual and official capacities

2

## II. PREVIOUS LAWSUITS

(A) have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____Not_____

Defendant(s): ___Does Apply_____

Court (if Federal court, name the district. If state court, name the county):

_____

Docket Number: ___Does Not Apply___

Name of judge to whom case was assigned: _____

Type of case (for example, Habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

Approximate date of filing lawsuit: _____Not_____

Approximate date of disposition: ___Does Apply_____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However identify The constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

SEE ATTACHED COMPLAINT

## Complaint

On or about November 24th, 2010, at Christian County Detention Center, I was housed by the Kentucky Department Of Corrections, having been sent from the Boone County Detention Center in Burlington, Ky. (hereinafter, Kentucky Department of Corrections will be referenced as "KDOC", and Boone County Detention Center will be referenced as "Boone County", and Christian County Detention Center will be referenced as " Christian County". I was already a ward of the KDOC and my KDOC# is 231711.

On the above said date, between 7 pm and 9pm, my MP3 player was stolen off my bunk while I was away from the bunk for only a couple of minutes. I asked three times who had taken the unit and nobody responded. I then informed the others in the cell that if my MP3 player was not returned at once, I would have to get the guards involved. At the time, Marco Vasquez, Denver Stewart, Robert Jackson and Michael Pillow came to me and threatened me that if I got the guards involved, they would "whoop my ass". These inmates feared that if the guards got involved, their homemade tattoo gun and other contraband items would be found.

At this time, I had already been in this institution for about two months and already been involved in a "forced fight" with Charles Baker KDOC# 239199. Charles Baker and I were forced to fight each other for the amusement of other the due to our charges. I sustained two swollen, bruised hands and a fractured thumb. I was refused an X-ray by medical staff for these injuries.

Ever since I came to be in the eyes of the "law", I have prided myself on doing my time and not causing any problems – not fighting and not breaking any rules. Neither

Charles Baker nor I wanted to fight each other but we were surrounded and forced into a corner at the back of the cell, away from the windows. Since I have sustained injuries in the fight with Charles Baker I did not want to get into another altercation and possibly sustain further injuries. It was already obvious that the medical staff at Christian County was not effective and that they did not do their jobs, which contributes to the attitude of "Deliberate Indifference", that prevails at Christian County.

I was afraid that I would be jumped so I didn't involve the guards, but I tried what my friend Ronald Devisor suggested as a substitute for getting the guards involved. I pulled the power plug for the T.V. in order to get the cells attention. When I did this Marco Vasquez came over and slapped me across the face. And said "I was bringing unwanted attention to the cell. Then Robert Jackson started demanding that I plug the T.V. back in or he was going to "whoop my ass".

I just stood there and told him" if it was your property you would start tossing every ones stuff looking for it."" I am not big nor intimidating so I cant be a bully to get back my MP3 player." Robert Jackson went and got his shoes on and told me if I didn't plug in the T.V. right now I was going to get hurt. I tried pleading with him that I wanted my MP3 player back. He said that he didn't have it and there was no reason for me to pull the power cord from the wall. I told him that nobody was listening to me and as soon as I said that, he started brutally punching me in the face and jaw.

I tried to put a table between him and me but he kept following around in a circle and punching me. When he was finished he said," Do you want some more?" I just looked at him and he punched me in the jaw. I walked over to my bunk and leaned over and laid my head on the bunk. My face was swollen and burning and I was swallowing

blood. I felt a crunching sensation in my jaw so I went to the bathroom, spit the blood out of my mouth and examined my bottom jaw. There was a bloody split between a couple of my teeth and vertically down my bottom jawbone. Every time I opened and closed my jaw caused excruciating pain that brought tears to my eyes and felt like someone was pulling up and down with extreme force on my lower jaw.

When I examined my teeth they weren't lining up right and a top tooth and a bottom tooth kept my jaw from closing all the way. I was afraid of getting assaulted again so I didn't want to keep asking about my MP3 player. I wanted to get out of that cell but I was in fear that I would be jumped if I approached the food pass to wave a white towel or stop a guard.

I wrote a note and asked Charlie Daniels to pass it to a guard as they walked by so that I wouldn't be pounced on again. Charlie took it and also told me nit to say anything but he knew who took my MP3 and that they sent it across the hall to cell 982. As I quietly and stealthily as possible, started getting my belongings together, he came back and said he couldn't pass the note but when I did get out of the cell ask them to move him too.

I became extremely fearful to get out of that cell. Reason #1 that someone would figure out what I was trying to do and #2 was I have a Rape 3rd degree charge in another general population cell (cell 901), where I had to fight Charles Baker because our charges. Reason #3, because I didn't get my Mp3 Player back and I knew they had a tattoo gun along with other contraband such as weed, tobacco, and pills in the cell along with instruments to pop a socket to create a flame for smoking and making tattoo ink.

I asked Marcus Howard to pass the note to Deputy Ebenstein, who was helping me with disabled veterans affairs papers that I received from KDOC. I stayed by my bunk until Marcus Howard passed the note to Ebenstein. They returned about 10 minutes later and came into the cell to get me. As we left out the second door to the hallway I informed them that I didn't get my MP3 player back and that someone had stolen it and that was why I was assaulted.

When I was brought to the front office and questioned about the incident they told me I wasn't going to get my MP3 back and they weren't going to shake down 2 cells for my MP3 or a tattoo gun. They told me I should have written the serial # to avoid an issue like this and not to leave it out to be taken. I asked Deputy Hansley and Deputy Myers how was I suppose to keep my property safe when we aren't provided any security devices. Maybe I should wear it around my neck or hold on to it 24/7. They responded with the same answer that they weren't going to search 2 cells to look for it. They said if the inmates what to get Hepatitis that's their problem.

They also couldn't take my word that it was my MP3 and that LT Fowler gave me a receipt for it and if it were recovered I had the only working charger for it. They said it was not their responsibility to record serial numbers although Boone County and other institutions document these things for the record.

I also had a $40 money order stolen by Marco Vasquez and he assaulted me because of this I told him I was going to get the guards involved and he punched me in the face. Christian County is the only facility I am aware of that puts inmates at risk for serious bodily harm by allowing them to hold their own cash in their cells. They also allow gambling with cards and dice right in front of guards. This, too, causes fights and

people get injured. Here again we find the attitude of "Deliberate Indifference", regarding the well fare of prisoners.

I have grieved this issue to the jailer but each time I write a grievance it is intercepted by Capt. Burd. I also had an issue with Cpt. Burd about allowing me to press charges against people for hate crimes against sex offenders. This is a violation of my Constitutional Rights and is just one more example of "Deliberate Indifference," as is practiced at Christian County. Also, Christian County as no official paper grievance system. I have written to KDOC as the last line of my administrative remedies.

I am still being refused proper medical attention and there has been no effort to recover my property nor have I been allowed to use there telephone to contact my fiancée` for serial numbers or to seek legal action for my injuries and mine and Charles Bakers injustices.

My jaw is so swollen that I cant eat without being in extreme pain and almost impossible to swallow even the soup that the nurse order. The same nurse who just opened my mouth, ignoring the pain and pushing on the swollen spots. I was only issued IBU 800mg and the visit and everything else medical was charged to my account. When I tried to eat I still feel my jawbone crunching and moving and causing extreme pain. I again requested X-rays and was refused.

I had requested a meeting with the Jailer and someone from KDOC in an effort to resolve all these issues but no such meeting was ever held, once again pointing out the attitude of Christian County and KDOC of " <u>Absolute Deliberate Indifference</u>".

All of these statements above are true and correct to the best of my knowledge and belief.

*Ronald B. Miller #231711*

Ronald Benjamin Miller KDOC#231711

Kentucky State Reformatory

3001 West Highway 146

Lagrange, Kentucky 40032

Case 3:11-cv-00483-JGH   Document 1   Filed 08/30/11   Page 10 of 13 PageID #: 10

### III. STATEMENT OF CLAIM(S) continued



5

## IV. RELIEF

State exactly what you want the Court to do for you. If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must file your claim under 28 U.S.C. §§2241, 2254, or 2255. The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ __5,000,600.00__

_____ grant injunctive relief by _____

__X__ award punitive damages in the amount of $ __5,000,000.00__

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY

**(each Plaintiff must sign for him/herself)**

I the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of _____, ~~2009~~ 2011.

_Ronald B Miller_
(Signature of Plaintiff)

_DOES NOT APPLY_
(Signature of additional Plaintiff)

_DOES NOT APPLY_
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Miller, Ronald B. #231711
KSR
3001 W. Hwy 146
LaGrange, Ky 40032

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

11 AUG 30 PM 2:03

United States District Court
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, Ky 40202