# FORM B

# UNITED STATES DISTRICT COURT

Western District of Kentucky

**SUMMONS IN CIVIL CASE**

RONALD BENJAMIN MILLER

V

BRAD BOYD - JAILOR - CHRISTIAN COUNTY
ET AL

TO: (Name and address of Defendant0)

BRAD BOYD
CHRISTIAN COUNTY JAIL
HOPKINSVILLE, KY.

**YOU ARE HEREBY SUMMONDED** and required to serve on PLANTIFF'S ATTORNEY (name and address)

An answer to the complaint which is served on you with this summons, within _____ days after service Of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable time after service.

_____    _____
Clerk                      Date

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                                *Server's signature*

                                                    _____
                                                                *Printed name and title*

                                                    _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

# FORM B

# UNITED STATES DISTRICT COURT

Western District of Kentucky

Ronald Benjamin Miller

SUMMONS IN CIVIL CASE

V

Brad Boyd
et al

TO: (Name and address of Defendant0)

Deputy Jason Hansley
Christian County Jail
Hopkinsville, Ky

**YOU ARE HEREBY SUMMONDED** and required to serve on PLANTIFF'S ATTORNEY (name and address)

An answer to the complaint which is served on you with this summons, within _____ days after service
Of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with
the Clerk of this Court within a reasonable time after service.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                                   _____
                                                        *Server's signature*

                                                       _____
                                                        *Printed name and title*

                                                       _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

# FORM B

# UNITED STATES DISTRICT COURT

Western District of Kentucky

**SUMMONS IN CIVIL CASE**

RONALD BENJAMIN MILLER

V

BRAD BOYD
ET AL

TO: (Name and address of Defendant0)

CAPT. DAVEY BURD

YOU ARE HEREBY SUMMONDED and required to serve on PLANTIFF'S ATTORNEY (name and address)

CAPT. DAVEY BURD
CHRISTIAN COUNTY JAIL
HOPKINSVILLE, KY.

An answer to the complaint which is served on you with this summons, within _____ days after service Of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable time after service.

_____    _____
Clerk                             Date

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# FORM B

## UNITED STATES DISTRICT COURT

Western District of Kentucky

**SUMMONS IN CIVIL CASE**

RONALD BENJAMIN MILLER

v

BRAD BOYD
ET AL

TO: (Name and address of Defendant0)

DEPUTY JAILER MYERS

**YOU ARE HEREBY SUMMONDED** and required to serve on PLANTIFF'S ATTORNEY (name and address)

DEPUTY JAILER MYERS
CHRISTIAN COUNTY JAIL
HOPKINSVILLE, KY.

An answer to the complaint which is served on you with this summons, within _____ days after service Of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable time after service.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc: